# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael Manfredis Urquiza Sr.<br>Debtor | | CHAPTER 7 |
| Nationstar Mortgage LLC<br>Movant<br>vs. | | NO. 16-16152 REF |
| Michael Manfredis Urquiza Sr.<br>Debtor | | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>Trustee | | |

## ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1738 West Broad Street, Bethlehem, PA 18018 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: October 7, 2016**

United States Bankruptcy Judge.

Michael Manfredis Urquiza Sr.
128 East Goepp Street
Bethlehem, PA 18018

Brian C. Eves, P.O. Box 0713
New Hope, PA 18938

Michael H. Kaliner Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532